finally be owing by them in the settlement of the firm's business.

For the error of the Circuit Court in sustaining the demurrer to the special plea and in rendering judgment against plaintiff, said cause will be reversed and remanded.

*Reversed and remanded.*

---

William Ebers, Receiver, Defendant in Error, v. J. Henry D. Dettmering and Frieda Dettmering, Plaintiffs in Error.

### (Not to be reported in full.)

Error to the Circuit Court of Randolph county; the Hon. J. F. GILLHAM, Judge, presiding. Heard in this court at the March term, 1917. Reversed and remanded. Opinion filed October 24, 1917.

### Statement of the Case.

Action in assumpsit by William Ebers, receiver of Farmers Bank, plaintiff, against J. Henry D. Dettmering and Frieda Dettmering, his wife, defendants, to recover on a certain note given by defendants to the bank. From a judgment for plaintiff for $1,601.50, on demurrer to defendants' special plea, defendants bring error.

The decision in this case is governed by the decision in *Ebers v. Dettmering, ante,* p. 539.

J. FRED GILSTER and WILLIAM H. SCHUWERK, for plaintiffs in error.

H. CLAY HORNER, for defendant in error.

MR. JUSTICE BOGGS delivered the opinion of the court.